La Manna, Azema & Farnam, Inc. *v.* United States

No. 5616.—Invoice dated Paris, France, April 11, 1939.
　　　　Entered at New York, N. Y., April 19, 1939.
　　　　Entry No. 833932.

(Decided on rehearing April 24, 1942)

*Barnes, Richardson & Colburn* for the plaintiff.
*Paul P. Rao,* Assistant Attorney General (*Daniel I. Auster,* special attorney), for the defendant.

Oliver, Presiding Judge: This appeal to reappraisement having been formally abandoned is hereby dismissed. Judgment will be rendered accordingly.